# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALBERTO NAJERA GONZALEZ,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 23-cr-2160-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　　On November 14, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 17, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on January 12, 2024, at 1:30 p.m.

　　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties have represented that the Defendant is being considered for the pretrial diversion. Accordingly, the Court finds that time from November 17, 2023, to January 12, 2024, shall be excluded under the Speedy Trial Act in the interest of justice, 18 U.S.C. § 3161(h)(2), (h)(7)(A).

　　　　IT IS SO ORDERED.

Dated: November 15, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jinsook Ohta
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

23-cr-2160-JO